UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

ARTHUR S. APODACA,
    PLAINTIFF,

CASE NO.

HON.

V.

Jim Salmonsen Warden,
Lynn Foster Property Officer,
LT. Harmon,
Sargent Chambers,
Unit Manager Kambic,
A. Bosch CO,
    DEFEENDANT(S),

APPLICATION TO PROCEED IN FORMA PAUPERIS

ARTHUR S. APODACA, states:

1. I am the plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

2. In support of this application, I declare under the penalty of prejury that:

3. I am incarcerated and confined at the Montana State Prison. I do have an account at the institution and I have attched to this document a statement certified by the appropriate institutional officer showing all reciepts, expenditures, and balances during the last 6 months for any institutional account in my name.

4. I am not employed and I have not held an institutional job or collected any proceeds therefor.

5. I have not recieved any other income fromany other sources.

6. I do not have any current moneies.

7. I do not ownany type of automobile, real estate, stock, bond, securities, trust, jewlery, art work, or other financial instrument of value held in someone elses name.

8. I do not pay anytype of housing, transportation,utilities, loan payments, or any other regular monthly expenses.

9. I do have a financial debt as shown on my 6- month statement.

declaration: I DECLARE UNDER PENALTY OF PREJURY that the above information is ture and understand that a false statement may result in a dismissal of my claim.

ATTCHMENT OF 6 MONTH ACCOUNT STATEMENT INCLUDED.

SIGNED: *[signature]*
ARTHUR S. APODACA
#3024984
700 Conley Lake Road
Deer Lodge, MT 59722